UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RYAN JARIS GIBSON,<br><br>        Defendant. | INDICTMENT CR 14-301 RHK/LIB<br><br>18 U.S.C. § 2252(a)(4)(B)<br>18 U.S.C. § 2252(b)(2)<br>18 U.S.C. § 2253 |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of Child Pornography)

On or about May 23, 2014, in the State and District of Minnesota, the defendant,

**RYAN JARIS GIBSON,**

having been previously convicted under the laws of the State of Florida relating to the sexual abuse and abusive sexual contact of a minor, did knowingly possess one or more matters which contained a visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which had been mailed, shipped or transported in interstate and foreign commerce, by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, including, but not limited to, the following computer image and video files:

(1)    3caa59779224-98761738.vk.flv;

(2)    3 - .mpg;

(3)    11 -vicky.mpg;

(4)    !.New.!.(Pthc).2006.Tara.7Yr.-.Ass.Rape.(Kleuterkutje); and

SCANNED
SEP 1 6 2014
U.S. DISTRICT COURT MPLS

(5)   5356e5a15847-80222007.vk.flv

all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including:

    a.    a Blue and Black Antec Custom Computer Tower, No Serial Number;

    b.    a Chronos 240 GB Hard Drive, Serial # MK140225AS1275173;

    c.    a Seagate 3000GB Hard Drive, Serial # W1F44KK7;

    d.    a Seagate 3000GB Hard Drive, Serial # W1F44KKS; and,

      e.      a Samsung Cellular Phone, Serial # 990004471418834.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 2251(a), 2251(e), 2252(a)(4)(B), and 2253(a).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY         FOREPERSON