# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 14-301 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan Jaris Gibson, | |
| Defendant. | |

Before the Court is Defendant's Objections to the November 4, 2014, Report and Recommendation of United States Magistrate Judge Leo I. Brisbois.  The undersigned has conducted a de novo review of the Report and Recommendation and the Objections thereto.

Based on this review, and having considered the written submissions of the parties, the Court has determined that Judge Brisbois's recommended disposition is fully supported by the factual record before him and applicable legal principles.

Based on the foregoing, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 25) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 24) is **ADOPTED**;

3. Defendant's Motion to Suppress Any Evidence Obtained as a Result of Any Illegal Searches (Doc. No. 16) is **DENIED**; and

2

4. Defendant's Motion to Suppress Statements (Doc. No. 17) is **DENIED.**

Dated:   November 18, 2014

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge

CASE 0:14-cr-00301-RHK-LIB   Document 28   Filed 11/18/14   Page 2 of 2